DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**AMLONG & AMLONG, P.A.,**
Appellant,

v.

**BARRY G. RODERMAN,** Trustee, as Trustee of the Realty 1122 Trust;
**DAVID M. GOLDSTEIN; BUNNELL, WOULFE, KIRSCHBAUM, KELLER,
MCINTYRE, GREGOIRE & KLEIN, PA; CITY OF FORT LAUDERDALE,
FLORIDA; BOVEN, RANDI GLICK, ESQ.; FERRELL LAW, PA;
MICHAEL J. MCNERNEY AS TRUSTEE ETC.; UNITED STATES OF
AMERICA DEPARTMENT OF TREASURY; UNITED STATES OF
AMERICA DOJ; UNITED STATES OF AMERICA; DIANA STEINGER;
BAKER & MCKENZIE, LLP; CONRAD & SCHERER, LLP; KOHLMAN
HERNANDEZ, PS;** and **SCHECK INVESTMENTS, L.P.,**
Appellees.

No. 4D17-1860

[April 19, 2018]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit,
Broward County; Sandra Perlman, Judge; L.T. Case No. CACE-15-006398
(04).

Jennifer Daley, Karen Coolman Amlong and Isha Kochhar of Amlong &
Amlong, P.A., Fort Lauderdale, for appellant.

Barry G. Roderman of Barry G. Roderman & Associates, P.A., Fort
Lauderdale, for appellee Barry G. Roderman, Trustee, as Trustee of the
Realty 1122 Trust.

PER CURIAM.

*Affirmed.*

GERBER, C.J., DAMOORGIAN and KLINGENSMITH, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***